IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT ARCHIBALD, 32648-177, ) | |
| Petitioner, ) | |
| v. ) | No. 3:07-CV-1672-K |
| ) | ECF |
| ) | |
| DAVID BERKEBILE, ) | |
| Respondent. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Respondent's Objections filed on February 13, 2008, are hereby **OVERRULED**.

**SO ORDERED.**

Signed this 24th day of February, 2008.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE